IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MICHAEL THOMPSON**                                                              **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO.3:14cv274K-NBB-SAA**

**CALVIN HAMP, in his individual capacity;
JAMES JONES, in his individual capacity; and
UNKNOWN DEFENDANTS
"A", "B", and "C"**                                                    **DEFENDANTS**

---

**PLAINTIFF'S COMBINED MOTION IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS DEFEENDANT HAMP [Doc. 16] and DEFENDANT JONES [Doc. 18]**

---

Comes Now, the Plaintiff, Michael Thompson, by and through his attorneys, and files this Motion in Opposition to the Motion of Defendant Hamp and Jones to dismiss his complaint.

## I. RELIEF REQUESTED

The Defendants' motions to dismiss should be denied.

## II. SUPPORTING DOCUMENTS

Mr. Thompson is filling herewith a Memorandum in Support of this Motion and the following exhibits:

1. Ex. 1, Michael Thompson Affidavit;

2. Ex. 2, Transcript of July 18, 2014 Justice Court hearing;

3. Ex. 3, Michael Strickland Affidavit;

1

4. Ex. 4, Judgment in Thompson v. State of Mississippi;

5. Ex. 5, August 8, 2014 Tunica County Acknowledgement of Receipt.

NOW THEREFORE, the Plaintiff preys upon consideration hereof, the Court deny the Defendants' motion to dismiss his complaint.

This the 14th day of April, 2015.

                          RESPECTFULLY SUBMITTED,
                          MICHAEL THOMPSON, PLAINTIFF

                          /s/ Scott W. Colom
                          _____
                          Scott W. Colom (MSB #6403)

WILBUR O. COLOM (MSB# 6403)
SCOTT W. COLOM (MSB#103168)
**THE COLOM LAW FIRM, LLC**
**200 6th STREET NORTH, SUITE 700**
**COLUMBUS, MS 39703-0866**
**TELEPHONE: (662) 327-0903**
**FACSIMILE: (662) 329-4832**
wil@colom.com
scott@colom.com

2

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served via electronic filing and/or U.S. Mail, postage prepaid, a true and correct copy of the foregoing to:

MICHAEL J. WOLF – MSB # 99406
KEN WALLEY- MSB #103179
PAGE, KRUGER & HOLLAND, P.A.
P.O. Box 1163
Jackson, Mississippi 39215-1163
T: 601-420-0333
F: 601-420-0033
Email: mwolf@pagekruger.com

This the 14th day of April, 2015.

                        BY:      /s/ Scott W. Colom
                                            _____
                                            Scott W. Colom (MSB #103168)