STATE OF MISSISSIPPI

COUNTY OF COHOMA

I, Michael Thompson, being duly sworn upon my oath do hereby state the following to be true and accurate:

1. In our around December 2, 2013, I was appointed County Administrator for Tunica County, Mississippi. When I was appointed, Tunica County had a significant budget shortfall from declining revenue. To address this shortfall, in January of 2014, I implemented a number of cost saving measures including a spending freeze and approval of all purchases.

2. A couple of days after I implemented the spending freeze, the Sheriff for Tunica County, MS, Calvin Hamp, confronted me about whether I had any authority over his budget. During my conversation with Sheriff Hamp, he became hostile and angry at me. The conversation did not end pleasantly. On January 30, 2014, I had to take further steps to stabilize the financial situation in Tunica County as a result of significant declining revenue from gaming. One of these steps included a ten percent budget cut across all departments, including the Tunica County Sheriff's office. After this decision, Sheriff Hamp again confronted me about it. He expressed strong displeasure with the decision and aggressively questioned my authority over the Sheriff's budget.

1

3. On or around February 10, 2014, Sheriff Hamp came into my office for a purchase order. During the request for the purchase order, Sheriff Hamp became very confrontational and aggressive towards me. He even made several threatening comments to me and used aggressive language. In response, I told him to leave my office.

4. On the evening of February 12, 2014, I was a passenger in a vehicle driven by the County comptroller, Alex Wiley. All of a sudden a deputy with the Tunica County Sheriff's office signaled for Mr. Wiley to pull the vehicle over. The deputy was in an unmarked vehicle. The deputy was Captain James Jones. Captain Jones claimed Mr. Wiley had been driving carelessly. Mr. Wiley had not been driving carelessly, however. During the stop, Captain Jones also told Mr. Wiley that there were issues with his driver's license. He then told me that I needed to drive the vehicle because of those issues. Captain Jones asked me whether I had a license and whether they were valid before he told me to drive and I said yes. Captain Jones did not ask to for or to check my license. Captain Jones did not tell me he knew my driver's license was suspended at the time. And, at this time, I did not know my driver's license was suspended. I later found out that they were suspended because I had forgotten about a traffic ticket in Montgomery County.

5. Less than a few minutes after I had been driving the vehicle, Captain Jones pulled the vehicle over again. He told me he forgot to

check my driver's license. He then took my license and purportedly went to check to see if they were valid. He then came back to the vehicle and said my license was suspended and that he was arresting me for driving with a suspended license.

This Affidavit was made on by personal knowledge and the facts stated therein are true.

FURTHER Affiant sayeth not, this the 7 day of April, 2015.

Michael Thompson

NOTARY PUBLIC

I, the undersigned Notary Public, do hereby attest that the Affiant did appear before me this 7 day of April, 2015, and upon his oath, did affix his signature hereto.

_____ SEAL

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 111809 JANET L. STEWART-TWILLEY Commission Expires March 22, 2019 QUITMAN COUNTY]

My Commission Expires: March 22, 2015

3