State of _Mississippi_

County of _DeSoto_

## Affidavit of Michael Strickland

Personally appeared before me, a Notary Public of said State, the undersigned Michael Strickland, who after being duly sworn by me, stated on his personal knowledge and belief, as follows:

1. My name is Michael Strickland and I reside at 3515 Dorchester Drive, Horn Lake, MS 38637. My date of birth is January 23, 1979.

2. In February of 2014, I worked at the Tunica County Sheriff's Department. I was a narcotics investigator for the department. My immediate supervisor at the time was Captain James Jones.

3. I recall that on or around February 12, 2014 I received a call from Captain Jones to meet him behind the courthouse to pick up keys to move a vehicle for him. This was across the street from the county administrator's office.

4. After receiving the call, I met Captain Jones. When I met him, we briefly talked. During this conversation, he told me he was waiting to pull over a specific vehicle and that he was going to call me later about stopping the vehicle. When I left, Captain Jones was still behind the courthouse.

5. I also recall that I was suppose to get off work at 6pm on that day and that close to 6pm I received a call from Captain Jones that he was heading north because he was following the car he had been waiting to stop. Captain Jones asked me to join him.

6. I then drove to meet Captain Jones. I followed him for about ten miles when he pulled a car over.

7. I later learned that the vehicle Captain Jones pulled over was driven by Alex Wiley and that Captain Jones asked Michael Thompson to drive the vehicle because of an alleged issue with Mr. Wiley's license. I also observed that shortly after Captain Jones allowed Mr. Thompson to drive that he then pulled him over again and then arrested him for driving with a suspended license.

8. Based on my previous conversation with Captain Jones earlier in the day, I am certain that Captain Jones had a plan to pull Michael Thompson over and arrest him for driving with a suspended license prior to seeing Mr. Wiley drive the vehicle that day.

9. Further the affiant said not.