## IN THE CIRCUIT COURT OF TUNICA COUNTY, MISSISSIPPI

**MICHAEL THOMPSON**                 **APPELLANT**

**VS.**                                          **NO. 2014-0113**

**STATE OF MISSISSIPPI**                **APPELLEE**

### JUDGEMENT

**THIS** cause having come on for hearing, this day on appeal from the Appellant, Michael Thompson, on the charges of driving under a suspended license. The Court has considered the testimony and the facts and circumstances surrounding the charges. After considering the testimony of witnesses, the evidence presented and case law from the attorneys, the Court finds that the charge of driving with a suspended license is **DISMISSED**.

**SO ORDERED** and **ADJUDGED**, this the 10th day of November, 2014.

                                       **JOHNNIE E. WALLS, JR.**
                                       **CIRCUIT COURT JUDGE**

**FILED**

NOV 10 2014

TUNICA COUNTY, MISS.
SHARON G. REYNOLDS, CIRCUIT CLERK
BY _____ D.C.