# The Colom Law Firm, L.L.C.

200 SIXTH STREET NORTH, SUITE 700
COLUMBUS, MS 39701

WILBUR O. COLOM ±
CHARLES T. BRANT **†
SCOTT W. COLOM ±¥

ADMITTED IN:
MISSISSIPPI ±
GEORGIA *
WISCONSIN¥

MAILING ADDRESSES:

POST OFFICE BOX 866
COLUMBUS, MS 39703-0866
TELEPHONE: (662) 327-0903
FACSIMILE: (662) 329-4832
WEBSITE: www.colom.com

170 MITCHELL STREET, S W
ATLANTA, GA 30303
TELEPHONE: (404) 522-5900
FACSIMILE: (404) 526-8855

August 5, 2014
*By First Class Certified Mail*

Rechelle R. Siggers
1300 School Street
Tunica, MS 38676

Re: Notice of Claim

To Whom It May Concern:

Pursuant to § 11-46-1, et seq. of the Mississippi Code Annotated, I am writing to inform you of a claim Michael Thompson has against Tunica County Mississippi; the Sheriff's office of Tunica County, MS; Tunica County Sheriff K.C. Kemp, in his official and personal capacity, and Captain James Jones of the Tunica County Sheriff's office, in his official and personal capacity.

This claim stems from unlawful and unconstitutional acts by the Tunica County Sheriff's office, Sheriff K.C. Kemp and Captain James Jones towards Tunica County administrator, Michael Thompson. These unlawful and unconstitutional acts include, but are not limited to, an unlawful and unconstitutional stop and seizure of Mr. Thompson, an unlawful arrest of him, an unlawful detention of him, and an unlawful imprisonment of him. Furthermore, the Sheriff's office, Sheriff Kemp and Captain Jones conspired to commit these unlawful and unconstitutional acts for an illicit and unlawful purpose. I've enclosed a copy of a transcript of Mr. Thompson's hearing on July 18, 2014 to demonstrate the unlawful and unconstitutional nature of the aforementioned people's actions.

These unlawful and unconstitutional acts occurred on February 12, 2014. As a result of these violations of Mr. Thompson's rights, Mr. Thompson suffered physical and mental harm, emotional distress, past, present and future pain, suffering and mental anguish, accrued and future medical expenses, lost wages, travel expenses, and other injuries that resulted from the unlawful and unconstitutional acts. The exact nature and extent of these harms and losses are unknown at this time but are believed to be in excess of $500,000.

Mr. Thompson resides at 227 Turtle Lane, Brandon, MS 39047. Mr. Thompson's Social Security number is 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.

Please acknowledge receipt of this Notice of Claim by signing and returning to me the enclosed copy of this letter. I have enclosed a pre-addressed stamped envelope for your convenience.

Sincerely,

Scott W. Colom (MSB# 103168)

CC:
W. Ellis Pittman
P.O. Box 1670
123 Sharkey Avenue
Clarksdale, MS 38614

Chancery Clerk

8-8-14