```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE
              NORTHERN DISTRICT OF MISSISSIPPI
 2                    OXFORD DIVISION
 3
   MICHAEL THOMPSON                          PLAINTIFF
 4
   VS.                          NO. 3:14cv274NBB-SAA
 5
   CALVIN HAMP, in his individual
 6 capacity and in his official
   capacity as sheriff of Tunica
 7 County, MS, JAMES JONES, in his
   individual capacity and in his
 8 official capacity as a captain in
   Tunica County sheriff's office, and
 9 UNKNOWN DEFENDANTS "A", "B" AND "C"
                                             DEFENDANTS
10
11
   ****************************************************
12
          DEPOSITION OF SHERIFF CALVIN K. HAMP, SR.
13
   ****************************************************
14
15
          TAKEN AT THE INSTANCE OF THE PLAINTIFF
16  IN THE OFFICES OF TUNICA COUNTY SHERIFF'S DEPARTMENT
      5126 OLD MHOON LANDING ROAD, TUNICA, MISSISSIPPI
17     ON NOVEMBER 29, 2016, BEGINNING AT 2:16 P.M.
18
19              APPEARANCES NOTED HEREIN
20
21 Reported by:  REGINA D. RUSSELL, RPR, CCR 1110
22
                ADVANCED COURT REPORTING
23                   P.O. BOX 761
                TUPELO, MS 38802-0761
24                 (662) 690-1500
25
```

EXHIBIT 13

COPY

Deposition of Calvin K. Hamp, Sr., taken November 29, 2016

Page 2

```
 1   APPEARANCES:
 2   For the Plaintiff:        E. CARLOS TANNER, III,
                                 ESQUIRE
 3                             Tanner & Associates, LLC
                               Post Office Box 3709
 4                             Jackson, MS  39207
                               (601) 460-1745
 5
 6   For the Defendants:       MICHAEL J. WOLF, ESQUIRE
                               Page Kruger & Holland
 7                             Post Office Box 1163
                               Jackson, MS  39215-1163
 8                             (601) 420-0333
 9
     Also Present:             JAMES JONES
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Deposition of Calvin K. Hamp, Sr., taken November 29, 2016

Page 4

1          CALVIN K. HAMP, SR., after being
2    duly sworn, testified as follows:
3                    EXAMINATION
4    BY MR. TANNER:
5         Q.   Sheriff Hamp, we're here today in Michael
6    Thompson versus Calvin Hamp, James Jones and
7    Defendants, Unknown Defendants "A", "B" and "C".
8    That's Civil Action Number 3:14cv274-NBB-SAA, in the
9    United States District Court for the Northern
10   District of Mississippi, Oxford Division.  And we're
11   here today beginning the deposition of Defendant
12   Calvin Hamp, the sheriff of Tunica County.  This
13   deposition is being taken down by a certified court
14   reporter, Ms. Regina D. Russell.  And Mr. Hamp is
15   present with his attorney, the Honorable Michael
16   Wolf, Michael J. Wolf.
17        Now, Sheriff Hamp, as you know, the court
18   reporter is taking down everything that's being
19   asked, asked by me and answered by you.  Your
20   attorney is present and he has the right to object to
21   certain questions.  He knows what he can and cannot
22   object to.  But unless you're instructed by your
23   attorney not to answer, even if he objects, you'll
24   still have to give an answer in most circumstances.
25   All we're looking for is for you to give truthful

Deposition of Calvin K. Hamp, Sr., taken November 29, 2016

Page 10

```
 1      Q.    All right.  So according to the fleet
 2  safety management policy, are you personally the one
 3  who checks those licenses?
 4      A.    No, I do not.
 5      Q.    All right.  Who checks the licenses?
 6      A.    We have a lieutenant in place over our
 7  communications division who check all the licenses,
 8  either her or the tac officer.
 9      Q.    And who is that person, the first person
10  you mentioned who checks licenses, who is she?
11      A.    Lieutenant Pearlie Guice.  She's over the
12  dispatcher center here in Tunica County Sheriff's
13  Office.  She supervises 10, 11 employees.
14      Q.    All right.  Who is the other person that
15  runs the licenses?
16      A.    Evelyn Paige.  She's the assistant tac
17  officer.
18              THE COURT REPORTER:  The first name?
19              THE WITNESS:  Evelyn.  E-V-E-L-Y-N,
20  P-A-I-G-E.  She's -- if the lieutenant doesn't run
21  them then she'll assign that job to Evelyn Paige, who
22  is the tac officer.
23      Q.    (Mr. Tanner)  Okay.  Pursuant to your fleet
24  safety management policy, how often are employees'
25  driver's licenses and insurance checked?
```

Deposition of Calvin K. Hamp, Sr., taken November 29, 2016

Page 11

1  A.  Twice a year here.
2  Q.  All right.  When you say twice a year, is
3 it always the same two months?
4  A.  Every six months.
5  Q.  All right.  So which months are those?
6  A.  I don't know exactly, but we do have an SOP
7 in place whereas the thing about the lieutenant who
8 checks them.  It's in place.  I mean, we have a
9 uniform check.  Now, what dates, I can't give you
10 what dates because I have a total of over 100 plus
11 employees here and I have division leaders, like a
12 chief deputy who run the day-to-day operations.  I
13 have a lieutenant to run communications, a warden to
14 run the jail, a commander in charge of internal
15 affairs.  I have the lieutenant again over
16 communication, a major over EOC as well as a major
17 over patrol and one over investigations.  So we have
18 a large operation.  So my hands are not involved in
19 the day-to-day operation of the Tunica County
20 Sheriff's Office.
21  Q.  Okay.  All right.  So earlier you said SOP.
22 For the record, SOP is standard operating procedure?
23  A.  That's correct.
24  Q.  Okay.  So now, prior -- you are aware of
25 who Michael Thompson, the plaintiff in this case is,

```
 1   investigation is.
 2        A.   The nature of that investigation, I had
 3   citizens reporting to my office that Michael
 4   Thompson, who was the county administrator at that
 5   time, gave a contract to his brother.  And we went to
 6   a page and it showed that Thompson and Wiley had a
 7   business, Wiley being the CEO of the business and
 8   Thompson being an officer and auditor of the
 9   business.  We looked into that information and that's
10   a different thing than what his claim is now.
11        Q.   I'm aware of that.
12        A.   I want to clear that up.  You're aware of
13   that.  Okay.  The citizens raised questions about
14   that.  And our job was to -- my job was to look into
15   it as sheriff and make sure that the county taxpayers
16   wasn't being robbed when it comes to frivolous
17   contracts.
18        Q.   Okay.  The Thompson -- I mean, did you ever
19   institute charges against Michael Thompson for this
20   investigation that you had against him?
21        A.   No, I did not.
22        Q.   Did you ever find any wrongdoing associated
23   with that investigation?
24        A.   We was building.  No.  We was building that
25   to give to the ethics commission concerning that.
```

Deposition of Calvin K. Hamp, Sr., taken November 29, 2016

Page 14

1  Q.  Did you ever file a report to the ethics
2  commission about the activities you were
3  investigating on Michael Thompson?
4  A.  I filed a report with the attorney
5  general's office, met with the ethics commission. We
6  had a round table discussion on this and they
7  proceeded with that investigation.
8  Q.  Did it ever result in charges being levied
9  against Mr. Michael Thompson?
10 A.  No, it did not. But they came to Tunica
11 County, the state auditor's office, and they pulled a
12 lot of information. So things could be ongoing. I
13 do not know. My job is to report.
14 Q.  Is your investigation in that matter
15 concluded?
16 A.  Can you expound on that question?
17 Q.  Have you ended your investigation into the
18 Michael Thompson allegations that came from citizens?
19 A.  I gathered all that I could and I passed it
20 on to the appropriate authorities to move forward,
21 with the state auditor's office and the ethics
22 commission and the attorney general's office.
23 Q.  So your portion of that investigation has
24 concluded?
25 A.  Yes.

Deposition of Calvin K. Hamp, Sr., taken November 29, 2016

Page 16

1  Q. All right. In any way, was Captain James
2  Jones participating in that investigation?
3  A. He was.
4  Q. Okay. Captain James Jones, is he -- you
5  mentioned earlier that the licenses are run pursuant
6  to your fleet management safety -- fleet safety
7  management policy?
8  A. That's correct.
9  Q. By Lieutenant Guice and Ms. Evelyn Paige?
10  A. Right.
11  Q. It was not normal for Captain James Jones
12  to run licenses as part of that fleet safety
13  management policy, is it?
14  A. If a flag was raised, a person had a
15  warrant or a suspended license or what have you, then
16  it would come to our warrant division or special
17  operations. Captain Jones was in charge of special
18  operations at the time. We had a guy named Alvin
19  Harris, who was the maintenance director, he had a
20  charge come up in DeSoto County during the same time
21  for burglary and he was arrested and transported to
22  DeSoto County.
23  Q. Okay. As of February 12, 2014, did Michael
24  Thompson have a valid warrant out for his arrest?
25  A. I called personally Carroll County clerk

```
 1   once I was alerted that Thompson had a suspended
 2   driver's license based on my training and experience
 3   that something else was in place.  And I called
 4   Carroll County.  They confirmed with me that Michael
 5   Thompson had a warrant.  And I told them that this
 6   guy is in my county every day and if they sent a
 7   warrant over I'm sure it probably could be served and
 8   we'll bring it to his attention.
 9        Q.   Did you ever receive a copy of a warrant
10   from Carroll County?
11        A.   The clerk confirmed that once the judge
12   signed his signature to this warrant that he would
13   send it to us.
14        Q.   All right.
15        A.   And that was that.
16        Q.   My question is whether you ever received a
17   copy of a valid warrant that had been issued for
18   Michael Thompson's arrest?
19        A.   Not that night.  Because Ellis Pittman, who
20   is now deceased, had gotten involved and somehow the
21   warrant was stopped that night, the warrant was
22   stopped once they were supposed to be faxing it over.
23   And I don't want to lose my train of thought.  The
24   county attorney at the time, Ellis Pittman, had
25   gotten involved.  And I'm sure you received the
```

```
 1                C E R T I F I C A T E
 2     STATE OF MISSISSIPPI      )
 3     COUNTY OF LEE             )
 4     RE:   ORAL DEPOSITION OF SHERIFF CALVIN K. HAMP, SR.
 5           I, Regina D. Russell, RPR, CCR 1110, a Notary
 6     Public within and for the aforesaid county and state,
 7     duly commissioned and acting, hereby certify that the
 8     foregoing proceedings were taken before me at the
 9     time and place set forth above; that the statements
10     were written by me in machine shorthand; that the
11     statements were thereafter transcribed by me, or
12     under my direct supervision, by means of
13     computer-aided transcription, constituting a true and
14     correct transcription of the proceedings; and that
15     the witness was by me duly sworn to testify to the
16     truth and nothing but the truth in this cause.
17           I further certify that I am not a relative or
18     employee of any of the parties, or of counsel, nor am
19     I financially or otherwise interested in the outcome
20     of this action.
21           Witness my hand and seal on this 10th day of
22     December, 2016.
23
       My Commission Expires:    CCR 1110
24     January 27, 2020          Notary Public
25
```