Case: 3:14-cv-00274-NBB Doc #: 54-3 Filed: 12/22/16 1 of 11 PageID #: 348
Deposition of James Jones, taken November 29, 2016

Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT FOR THE
                NORTHERN DISTRICT OF MISSISSIPPI
 2                    OXFORD DIVISION
 3
      MICHAEL THOMPSON                      PLAINTIFF
 4
      VS.                      NO. 3:14cv274NBB-SAA
 5
      CALVIN HAMP, in his individual
 6    capacity and in his official
      capacity as sheriff of Tunica
 7    County, MS, JAMES JONES, in his
      individual capacity and in his
 8    official capacity as a captain in
      TUNICA COUNTY sheriff's office, and
 9    UNKNOWN DEFENDANTS "A", "B" AND "C"
                                           DEFENDANTS
10
11
      ***************************************************
12
                  DEPOSITION OF JAMES JONES
13
      ***************************************************
14
15
            TAKEN AT THE INSTANCE OF THE PLAINTIFF
16     IN THE OFFICES OF TUNICA COUNTY SHERIFF'S DEPARTMENT
         5126 OLD MHOON LANDING ROAD, TUNICA, MISSISSIPPI
17         ON NOVEMBER 29, 2016, BEGINNING AT 3:40 P.M.
18
19              APPEARANCES NOTED HEREIN
20
21    Reported by:  REGINA D. RUSSELL, RPR, CCR 1110
22    _____
                  ADVANCED COURT REPORTING
23                    P.O. BOX 761
                  TUPELO, MS 38802-0761
24                   (662) 690-1500
25
```

EXHIBIT
C



Deposition of James Jones, taken November 29, 2016

```
 1     APPEARANCES:

 2     For the Plaintiff:          E. CARLOS TANNER, III,
                                        ESQUIRE
 3                                 Tanner & Associates, LLC
                                   Post Office Box 3709
 4                                 Jackson, MS  39207
                                   (601) 460-1745
 5

 6     For the Defendants:         MICHAEL J. WOLF, ESQUIRE
                                   Page Kruger & Holland
 7                                 Post Office Box 1163
                                   Jackson, MS  39215-1163
 8                                 (601) 420-0333

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Deposition of James Jones, taken November 29, 2016

1           JAMES JONES, after being duly sworn,

2  testified as follows:

3                EXAMINATION

4  BY MR. TANNER:

5     Q.   All right.  You are Mr. James Jones.  And

6  I'm Carlos Tanner.  I represent Michael Thompson, the

7  plaintiff in this case.  We're here in Michael

8  Thompson versus Calvin Hamp -- excuse me, Hamp, James

9  Jones and Unknown Defendants "A", "B" and "C" in

10  Civil Action Number 3:14cv274NBB-SAA in the United

11  States District Court for the Northern District of

12  Mississippi, Oxford Division.  And we are prepared

13  now to take the deposition of Defendant James Jones.

14  Mr. Jones is present represented by the Honorable

15  Michael J. Wolf.  And we are taking this deposition

16  pursuant to the rules of -- the Federal Rules of

17  Civil Procedure and the local rules for the Northern

18  and Southern Districts of Mississippi.

19     And Mr. Jones has been placed under oath.  And,

20  Mr. Jones, as you heard a moment ago when you were

21  here for Sheriff Hamp's deposition, I am going to ask

22  you just plain questions.  The only thing we ask you

23  is that you give truthful answers.  If there's any

24  point at which you do not understand something I ask

25  or if you need clarification, I beg you to please let

Deposition of James Jones, taken November 29, 2016

1  A. Yes, sir.

2  Q. And are you employed anywhere now?

3  A. No, sir.

4  Q. All right.  Did you ever become employed

5 anywhere after your retirement from Tunica County

6 Sheriff's Department?

7  A. I worked briefly at Cohoama Community

8 College doing some education work, mentoring young

9 men.  I did that for a short period of time.  I

10 eventually let it go.  It tied up too much of my

11 time.

12  Q. How long were you in law enforcement with

13 Tunica County Sheriff's Department?

14  A. I got hired in Tunica County Sheriff's

15 Department March the 15th of 2010.

16  Q. You were hired, I take it, by Sheriff

17 Calvin Hamp?

18  A. Yes, sir.

19  Q. Did you have any law enforcement experience

20 prior to joining the Tunica County Sheriff's

21 Department?

22  A. Yes, sir.

23  Q. And where was that, sir?

24  A. I worked for the Mississippi Bureau of

25 Narcotics and I worked for the Panola County Task --

Deposition of James Jones, taken November 29, 2016

1    Panola County/Tate County Drug Task Force.  And I

2    worked for the Batesville Police Department.

3         Q.   How many years combined law enforcement

4    experience did you have?

5         A.   Twenty -- about maybe 23 hard years,that

6    and the military.

7         Q.   Okay.  And in what branch of the miliary

8    were you in?

9         A.   United States Army.

10        Q.   How long did you -- how much time did you

11   spend in the Army?

12        A.   I retired about twenty-six and a half

13   years.

14        Q.   Okay.  On February 12, 2014, you arrested a

15   man that you know to be Michael Thompson?

16        A.   Yes, sir.

17        Q.   All right.  And where did that arrest

18   occur?  I know that arrest occurred in Tunica County,

19   Mississippi.  Can you tell us where specifically it

20   occurred?

21        A.   On Highway 61 North about a mile or mile

22   and a half from Casino Strip and Highway 61

23   intersection.

24        Q.   Okay.  What was the basis for the stop,

25   sir?

Deposition of James Jones, taken November 29, 2016

1     A.   I was traveling north on Highway 61. I saw

2   a vehicle going in and out of lanes of traffic,

3   obscuring. I didn't know what was going on, if he

4   was drunk or what was going on with it. So I pulled

5   the vehicle over to see, make sure it was okay. And

6   that's the nature of me pulling the vehicle over.

7     Q.   Okay. Had you ever seen the vehicle

8   before?

9     A.   No. Yeah, I think I've seen the vehicle

10   before. I mean, that vehicle, there are many

11   vehicles like that vehicle. But that particular

12   vehicle I hadn't seen it, you know what I'm saying.

13   I probably had seen it. I don't know. It's

14   different vehicles.

15     Q.   All right. You didn't know what vehicle

16   you were stopping?

17     A.   No.

18     Q.   How many stops did you make that day?

19     A.   That's the only stop I made.

20     Q.   All right. At that time, February of 2014,

21   what percentage of your time did you spend patrolling

22   for traffic violations?

23     A.   I didn't spend any percentage patrolling

24   traffic violations on that particular day. I was

25   taking care of my personal paperwork and reports that

Deposition of James Jones, taken November 29, 2016

1      A.    That's correct.

2      Q.    All right.  Did you pull NCIC on these

3  guys?

4      A.    I did.

5      Q.    NCIC didn't tell you anything about where

6  these guys were from?

7      A.    It told me something but to be honest with

8  you, I can't remember now.  It has been -- man, I

9  mean, February 2014.  So we're almost in 2017.  I

10 can't remember unless it's something in front of me.

11     Q.    Well, you know what, Mr. Wiley's I.D., you

12 would have seen that, right?

13     A.    Yeah.  I seen it.  I ran his license.

14     Q.    Right.  That's part of the normal

15 background checks that y'all run, right?

16     A.    Yes.

17     Q.    What state was that license from, sir?

18     A.    I'm sorry.  I really can't remember.

19 Tennessee or Mississippi.  I don't know.  You got to

20 understand, it has been a while.  I've been retired

21 for a minute.  I don't know.  I know his license came

22 back reinstate -- it's something that was crazy.

23 Eligible for reinstatement, and I didn't understand

24 what that meant.

25     Q.    From what state, sir?

Deposition of James Jones, taken November 29, 2016

Page 34

1       Q.    Did you write him a ticket?

2       A.    I didn't write him a ticket.  After I

3   stopped Mr. Wiley he told me who he was and who

4   Mr. Thompson was.  After I ran his license it came

5   back that, which I'd never heard of before.  I didn't

6   know what it was.  I didn't want to write somebody a

7   ticket for something that don't make any sense.  I

8   showed them professional courtesy and I let him go.

9   I didn't write him a ticket or anything like that.

10      Q.    And what about the SFSTs?

11      A.    What's that?

12      Q.    Standard field society test.  You're not

13  familiar with SFSTs?

14      A.    I'm familiar with what you just said.  I'm

15  not familiar with the abbreviation part of it.

16      Q.    Okay.  Sorry.  Have you had any experience

17  or training in how to perform standard field society

18  tests?

19      A.    Are you referring to just interview and

20  interrogation while you're on the side of the road or

21  are you referring to something like a DUI?

22      Q.    Isn't that what you suspected, sir, a DUI?

23      A.    Yeah.  I suspected it.  But after I talked

24  with him, then I realized that he wasn't drunk.

25      Q.    Okay.  So you didn't make him do heel to

Deposition of James Jones, taken November 29, 2016

1      A.    That's correct.

2      Q.    Prior to making this stop you knew that

3  Michael Thompson's license was suspended, right?

4      A.    That's correct.

5      Q.    But you told him you need to take control

6  of this car?

7      A.    I asked -- I didn't tell him that.  I asked

8  Mr. Thompson, do he have his license, do he have a

9  driver's license.  Mr. Thompson answered me and said

10 yes.  "Are your license valid, sir?"  He said, "Yes,

11 sir.  They are."  I didn't make him do anything.

12     Q.    I didn't say you made him.  I said, and you

13 correct me if I'm wrong, have you not testified prior

14 to today that you told Michael Thompson you need to

15 take control of the vehicle?

16     A.    Yes.  After he told me that his license was

17 great.

18     Q.    But you knew otherwise?

19     A.    I did.

20     Q.    So you violated what you just said in that

21 you let a man you knew to have a suspended license

22 drive a vehicle?

23     A.    No, sir.  Mr. Thompson lied to me.

24     Q.    All right.  Let's define lie.

25     A.    Okay.

Deposition of James Jones, taken November 29, 2016

Page 44

```
 1   pulled in that area after I initiated my blue lights,
 2   he pulled into that lit area there.
 3        Q.   How much time elapsed between Mr. Thompson
 4   taking off from the first stop and you stopping him
 5   the second time?
 6        A.   Maybe a couple of minutes maybe.  I say
 7   maybe a minute or two.
 8        Q.   A minute or two?
 9        A.   Yes.
10        Q.   All right.  And tell me the reason you
11   stopped Mr. Thompson at that point.
12        A.   Mr. Thompson was being deceitful.  He was
13   lying to me about his particular license.
14        Q.   You did not have probable cause to stop
15   him, did you?
16        A.   If I see an individual with suspended
17   license and me knowing that that license is
18   suspended, the probable cause is their suspended
19   license.
20        Q.   But he drove with a suspended license only
21   after you told him he needed to take control of the
22   vehicle?
23        A.   After I told him to take control of the
24   vehicle?
25        Q.   Yes.
```

Deposition of James Jones, taken November 29, 2016

Page 63

C E R T I F I C A T E

1

2 STATE OF MISSISSIPPI        )

3 COUNTY OF LEE               )

4 RE:   ORAL DEPOSITION OF JAMES JONES

5       I, Regina D. Russell, RPR, CCR 1110, a Notary

6 Public within and for the aforesaid county and state,

7 duly commissioned and acting, hereby certify that the

8 foregoing proceedings were taken before me at the

9 time and place set forth above; that the statements

10 were written by me in machine shorthand; that the

11 statements were thereafter transcribed by me, or

12 under my direct supervision, by means of

13 computer-aided transcription, constituting a true and

14 correct transcription of the proceedings; and that

15 the witness was by me duly sworn to testify to the

16 truth and nothing but the truth in this cause.

17       I further certify that I am not a relative or

18 employee of any of the parties, or of counsel, nor am

19 I financially or otherwise interested in the outcome

20 of this action.

21       Witness my hand and seal on this 10th day of

22 December, 2016.

23

24

My Commission Expires:    CCR 1110

25 January 27, 2020          Notary Public