IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MICHAEL THOMPSON                                                PLAINTIFF

V.                                         CIVIL ACTION NO.  3:14cv274-NBB-SAA

CALVIN HAMP, in his individual capacity;
JAMES JONES, in his individual capacity;
and UNKNOWN DEFENDANTS
"A", "B" AND "C"                                               DEFENDANTS

## DEFENDANT JAMES JONES' and DEFENDANT CALVIN HAMP'S SECOND MOTION IN LIMINE TO EXCLUDE NEWS MEDIA REFERENCES

COMES NOW, Defendants, and each of them, in the above referenced cause and files this Second Motion In Limine, to wit;

1) The Plaintiff has indicated an intent to offer into evidence testimony relating to various media articles about this event.

2) Federal Rule of Evidence 802, prohibits hearsay testimony.  The Plaintiff may attempt to offer into evidence the out of court statements of the authors of various news articles, suggesting that the articles may be true.   Such out of court testimony offered for the truth of the matter stated is hearsay, and therefore inadmissible.

3) Federal Rule of Evidence 403 excludes even relevant evidence when such evidence may result in confusion, prejudice or waste of time.  Any media reports may tend to confuse the jury and waste valuable court time, and would unfairly prejudice the Defendant.

**WHEREFORE PREMISES CONSIDERED** For the foregoing reasons, the Defendants, move this Court to order that the Plaintiff, Plaintiff's' counsel and any witnesses be ordered not to testify to the jury about any media reports of the events alleged within the Complaint.

RESPECTFULLY SUBMITTED, this the 13th day of March, 2017.

1

**CALVIN HAMP AND
JAMES JONES, DEFENDANTS**

By: /s/ Michael J. Wolf_____
    Michael J. Wolf

OF COUNSEL:

MICHAEL J. WOLF – MSB # 99406
PAGE, KRUGER & HOLLAND, P.A.
P.O. Box 1163
Jackson, Mississippi 39215-1163
T: 601-420-0333
F: 601-420-0033
Email: mwolf@pagekruger.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney for Defendant, do hereby certify that I have this day filed and

caused to be sent to all counsel of record, a true and correct copy of the foregoing document via the

ECF system.

This the 13th day of March, 2017.

/s/ Michael J. Wolf_____
Michael J. Wolf

2