UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MICHAEL THOMPSON**                                                  **Plaintiff**

**v.**                                               **Civil Case Number: 3:14cv0274-NBB**

**CALVIN HAMP AND JAMES JONES**                   **Defendants**

                                                           Date: April 24, 2017 - April 26, 2017

## WITNESS LIST (JURY TRIAL)

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Calvin Kasey Hamp, Sr. | 1. |
| 2. James Jones | 2. |
| 3. Michael Thompson | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |