# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**MICHAEL THOMPSON**                      **PLAINTIFF**

**v.**                      **Civil Case No. 3:14cv274-NBB**

**CALVIN HAMP and JAMES JONES**                      **DEFENDANTS**

## EXHIBIT LIST

| Presiding Judge: Neal Biggers, Jr. | Attorneys for Plaintiff: Eugene C. Tanner, III  John Curtis Hall, II | | | Attorneys for Defendant: Michael J. Wolf | |
|---|---|---|---|---|---|
| Jury Trial 4/24/2017 - 4/26/2017 | Court Reporter: Rita Young | | | Courtroom Deputy: Karen Tidwell | |
| Pl. | Dft. | Date offered | m | a | Description of Exhibits |
| P3 |  | 4/24/2017 | x | x | State of Mississippi Abstract of Court Record, Montgomery County |
| P1(a) |  | 4/24/2017 | x | x | Tunica County Sheriff's Dept. Press Release for Arrest of Michael Thompson |
| P1(b) |  | 4/24/2017 | x | x | Tunica County Sheriff's Dept. Press Release List |
| P4 |  | 4/24/2017 | x | x | Receipt for Payment of Bond from Tunica County Jail |
|  | D9 | 4/25/2017 | x | x | 2 Traffic Tickets from the State of Mississippi, Montgomery County |
|  | P2 | 4/25/2017 | x | x | Judgement from the Circuit County of Tunica County, Mississippi |
|  | D12 ID only | 4/25/2017 | x |  | Mississippi Secretary of State Application for Reinstatement Following Administrative Dissolution for Valiant, Steersman & Strong, LLC |
| P17 |  | 4/25/2017 |  | x stipulated | Letter from Circuit Judge Johnnie E. Walls, Jr. dated 7/24/2014 |
| P18 |  | 4/25/2017 | x | x | Sunflower County, Mississippi Board of Supervisors minutes |
|  |  |  |  |  |  |