STATE OF MISSISSIPPI
ABSTRACT OF COURT RECORD
MONTGOMERY COUNTY

Agency Code: 9049
Ticket No: 200597791

Date: 11/07/2014

**DEFENDANT**
Name: THOMPSON, MICHAEL LAWRENCE    Race: BLACK    Sex: MALE
Physical Address: 227 TURTLE LANE
Mailing Address: 227 TURTLE LANE
City: BRANDON    State: MS    Zip Code: 39047
Drivers License Number: 801248705    State: MS    Date of Birth: 11/05/1977

**VEHICLE INFORMATION**
Registration (Tag) No: RCC 758    State: MS    Year: 2013
Vehicle Model Year: ___    Make: HOND    Type: P

**VIOLATION**
Charged With: SPEEDING 81/90    % BAC: ___    Speed: 85    Zone: 70
Date of Violation: 7/12/2013    Court Date: 8/06/2013    Hwy or Street: I-55 SB
Charges Were Filed By: PEEPLES, MICHAEL    Badge No: D020
Comments: SUSP.
Defendant Entered a Plea of: GUILTY
Judgement of Court: GUILTY
By Judge: ROBERTS, KEITH STOKES

Remarks by Court: 8/06/2013
2/13-14-SPOKE WITH TUNICA COUNTY SO AND ADVISED THEM ON 2
OCCASSIONS THAT THERE WAS NO WARRANT.
2/18/14-FINE SUSPENDED

Case Notes:
2/12/2014    spoke with Kc Hamp, S.O. Tunica county, he said this
defendant is in his county and if we faxed him a warrant
that he would get him for us-kc
3/11/2014    took letter with Judges order to chancery-kc
4/30/2014    received refund ck from Chancery, ck was for full amount
instead of fine amount, Called Patsy, she said bring it back
in morning and she would fix it-kc
5/07/2014    received corrected ck from Chancery for correct amount,
put copy in Judge's box, copy in case and mailed ck to
defendant-kc

Defendant was Fined: 70.50    Plus Assessments of: 132.50
Sentenced To: _____
Bail Forfeited ( )    Appealed ( )
Fine Paid (X) 2-18-14

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
Docket: 102    Page: 266
Case: 60851

Signed: Karen Carter    Title: Clerk
Date: 11-7-14

EXHIBIT P-3