


Tunica, Mississippi

| HOME | EMPLOYMENT | HISTORY of the SHERIFF'S OFFICE | MOST WANTED | PRESS RELEASES | SEX OFFENDERS | CONTACT US |

**Sign Up for Alerts**

- Administration
- Command Staff
- Communications
- Community Relations
- Investigations
- Jail
- - Inmate Roster
- K-9
- Patrol
- School Resource Officer
- Special Operations
- Unsolved Crimes

**Crime Tips HOTline**
**(662) 910-0400**
*or Submit Via Email*

Phone:
**(662) 363-1411**
(24 hours)

Emergency:
**Dial 911**

Email    Map

5126 Old Mhoon
Landing Road
Tunica, Mississippi 38676

Administrative Office Hours:
Monday-Friday
8:00 a.m. - 5:00 p.m.

02/13/2014

### Newly Hired County Administrator Arrested



Michael Thompson

On Wednesday, February 12, 2014, County Administrator Michael Thompson was arrested in Tunica County on the charge of *driving while license suspended*.

It was discovered that Mr. Thompson had an outstanding warrant out of Montgomery County for Failure to Appear (FTA).

Tunica County Justice Court Judge Louise Linzy made contact with the Justice in Montgomery County to confirm the warrant on Michael Thompson. The arrest warrant was not sent and Michael Thompson was able to post bond on the charge of driving while license suspended. Michael Thompson posted a cash bond of $525.00.

At this time, Michael Thompson's arrest warrant is still outstanding in Montgomery County.

/r/C. Davis, Commander

**Media Kit**

Notice of Federal Funding and Federal Disclaimer
Tunica County Sheriff's Office | © 2014 - 2017
Tunica County, Mississippi

MostWantedGovernmentWebsites.com by BrooksJeffrey



EXHIBIT P-1A