IN RE: LIFE HELP BUILDING-EMPLOYMENT OF BROWN AND ASSOCIATES

Whereas, this Board has previously authorized Mills and Mills Architect, Greenville, MS, to prepare base line plans and specifications for construction of a new Life Help Building, with the understanding that architectural services and fees would be limited to the agreed amount unless grant funding is received for actual construction of such building, and

Whereas, Mills and Mills Architect recommended that the Board secure the services of a grant writer to pursue funding for such project and

Whereas, a motion was offered by Supervisor Rice, seconded by Supervisor Dickerson to employ Brown and Associates for purposes of preparing an application for grant funding for such Life Help Building, subject, however, to review by the Board Attorney of the proposed contract of Brown and Associates. The vote on such motion was as follows:

| Supervisor Donald | voted | "Nay" |
| Supervisor Rice | voted | "Aye" |
| Supervisor Holmes | voted | "Nay" |
| Supervisor Clark | voted | "Aye" |
| Supervisor Dickerson | voted | "Aye" |

The President declared the motion carried.

SO ORDERED, this the 21st day of March, 2016.

_____
PRESIDENT

IN RE: INTERNAL AUDIT – RECISION OF MOTION

WHEREAS, on March 7, 2016, a motion was made to engage Thompson CPA, PLLC, for Phase 1 of an internal audit and assessment of County government at an initial cost of $16,000.00, and

WHEREAS, Supervisor Anthony Clark has indicated his desire to reconsider such motion and to rescind his affirmative vote thereon,

NOW, THEREFORE, on motion of Supervisor Clark, seconded by Supervisor Holmes, and thereafter approved, the motion of March 7, 2016, to engage Thompson CPA, PLLC, for Phase 1 of an internal audit and assessment of County government at an initial cost of $16,000.00 is hereby rescinded, and no such engagement shall be had or made without further order of this Board. It is specifically noted that the motion of March 7, 2016, referred to above was not reduced to writing as part of the minutes of this Board; that no order was executed by the President or entered into the minutes of this Board; that no engagement letter or contract was signed and executed in regard to this matter, and that the meeting of March 7, 2016, was recessed to this date and not adjourned; and that accordingly, no contractual obligation was or is in place which could cause harm or detriment to any person or firm.

The vote on such motion to rescind was as follows:

| Supervisor Donald | voted | "Aye" |
| Supervisor Rice | voted | "Nay" |
| Supervisor Holmes | voted | "Aye" |
| Supervisor Clark | voted | "Aye" |
| Supervisor Dickerson | voted | "Nay" |

STATE OF MISS., SUNFLOWER COUNTY
CERTIFIED A TRUE COPY
APR 17 2017
GLORIA McINTOSH, CHANCERY CLERK
BY_____ D.C.

The President declared the motion carried.

SO ORDERED, this the 21st day of March, 2016.

_____
PRESIDENT

EXHIBIT
P-18

IN RE: INTERNAL CONTROL REVIEW - EMPLOYMENT OF AUDIT FIRM

On motion of Supervisor Rice, seconded by Supervisor Dickerson, and thereafter approved, the Board voted to employ an audit firm to do an internal control review. The vote on said motion was as follows;

| | | |
|---|---|---|
| Supervisor Donald | Voted | "Nay" |
| Supervisor Rice | Voted | "Aye" |
| Supervisor Holmes | Voted | "Nay" |
| Supervisor Clark | Voted | "Aye" |
| Supervisor Dickerson | Voted | "Aye" |

The President declared the motion carried.

SO ORDERED, this the 16th day of February, 2016.

_____
PRESIDENT

IN RE: BRIDGERS & GOODMAN - FINANCIAL STATEMENTS

On motion of Supervisor Dickerson, seconded by Supervisor Rice, and thereafter approved, the Board voted to have the County's audit firm, Bridgers & Goodman, to appear before a meeting of the Board to explain the financial statements presented to the Board. The vote on said motion was as follows;

| | | |
|---|---|---|
| Supervisor Donald | Voted | "Nay" |
| Supervisor Rice | Voted | "Aye" |
| Supervisor Holmes | Voted | "Aye" |
| Supervisor Clark | Voted | "Aye" |
| Supervisor Dickerson | Voted | "Aye" |

The President declared the motion carried.

SO ORDERED, this the 16th day of February, 2016.

_____
PRESIDENT

IN RE: ABE HUDSON - NON-RENEWAL OF CONTRACT

WHEREAS, this Board previously had a contract with Abe Hudson for consulting services, and said contract has now expired,

NOW, THEREFORE, on motion of Supervisor Dickerson, seconded by Supervisor Holmes, and thereafter passed, the Board declined to renew the consulting contract with Abe Hudson. The vote on said motion was as follows;

| | | |
|---|---|---|
| Supervisor Donald | Voted | "Nay" |
| Supervisor Rice | Voted | "Aye" |
| Supervisor Holmes | Voted | "Aye" |
| Supervisor Clark | Voted | "Aye" |
| Supervisor Dickerson | Voted | "Aye" |

STATE OF MISS., SUNFLOWER COUNTY
CERTIFIED A TRUE COPY
APR 17 2017
GLORIA McINTOSH, CHANCERY CLERK
BY_____ D.C.

The President declared the motion carried.

SO ORDERED, this the 16th day of February, 2016.

_____
PRESIDENT