IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MICHAEL THOMPSON                                                                                  PLAINTIFF

V.                                                            CIVIL ACTION NO. 3:14-CV-00274-NBB-RP

CALVIN HAMP, in his individual capacity,
JAMES JONES, in his individual capacity, and
UNKNOWN DEFENDANTS "A", "B", and "C"                                                              DEFENDANTS

## JURY VERDICT

1. As to Defendant Calvin Hamp, do you find for the plaintiff, Michael Thompson, or the Defendant Calvin Hamp? (Please Circle the name of who you find in favor of)

    **(Plaintiff Michael Thompson)**        Defendant Calvin Hamp

2. As to the Defendant James Jones, do you find for the plaintiff, Michael Thompson, or the Defendant James Jones? (Please Circle the name of who you find in favor of)

    **(Plaintiff Michael Thompson)**        Defendant James Jones

3. If you find in favor the Plaintiff as to either Defendant, what amount of damages do you find?

    $ _50,000.00_

_____
FOREPERSON

DATE _4-26-17_