IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MICHAEL THOMPSON                                                                                   PLAINTIFF

V.                                                            CIVIL ACTION NO.  3:14cv274-NBB-SAA

CALVIN HAMP, in his individual capacity;
JAMES JONES, in his individual capacity;
and UNKNOWN DEFENDANTS
"A", "B" AND "C"                                                                                 DEFENDANTS

## DEFENDANT JAMES JONES' and DEFENDANT CALVIN HAMP'S DESIGNATION OF RECORD ON APPEAL

COMES NOW, all Defendants, in the above referenced cause and files this Designation of the Record on Appeal, to wit the following records are designated to be made a part of the appellate record:

(1) the original papers and exhibits filed in the district court;

(2) the transcript of proceedings; and

(3) a certified copy of the docket entries prepared by the district clerk.

RESPECTFULLY SUBMITTED, this the 12th day of June, 2017.

**CALVIN HAMP AND
JAMES JONES, DEFENDANTS**

By:  /s/ Michael J. Wolf_____
       Michael J. Wolf

OF COUNSEL:

MICHAEL J. WOLF – MSB # 99406
PAGE, KRUGER & HOLLAND, P.A.

1

P.O. Box 1163
Jackson, Mississippi 39215-1163
T: 601-420-0333
F: 601-420-0033
Email: mwolf@pagekruger.com

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney for Defendant, do hereby certify that I have this day filed and caused to be sent to all counsel of record, a true and correct copy of the foregoing document <u>via the ECF system</u>.

This the 12th June, 2017.

    /s/ Michael J. Wolf
Michael J. Wolf