# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 17-60396

_____

MICHAEL THOMPSON,

        Plaintiff - Appellee

v.

CALVIN HAMP, in his individual capacity; JAMES JONES, in his individual capacity,

        Defendants - Appellants

**A True Copy**
**Certified order issued Aug 14, 2017**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

Appeal from the United States District Court for the
Northern District of Mississippi, Oxford

_____

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal is dismissed, with prejudice, as of August 14, 2017, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Shea E. Pertuit*

By: _____
Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT